Case 06-71679   Doc 43   Filed 10/31/08   Entered 10/31/08 14:09:05   Desc Main
Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: GREGORY A. WARE & STEPHANIE D. WARE  
134 RUDDER ROAD  
MACHESNEY PARK, IL  61115

SSN-xxx-xx-8014 & xxx-xx-6242

Case Number: 06-71739

Case filed on: 9/25/2006  
Plan Confirmed on: 3/23/2007

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $11,885.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
| 999 | GREGORY A. WARE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | JP MORGAN CHASE BANK | 15,148.98 | 13,000.00 | 6,690.20 | 1,404.02 |
| 002 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | HSBC MORTGAGE CORPORATION (USA) | 25,522.30 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 40,671.28 | 13,000.00 | 6,690.20 | 1,404.02 |
| 001 | JP MORGAN CHASE BANK | 0.00 | 2,148.98 | 0.00 | 0.00 |
| 004 | A/R CONCEPTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 6,225.11 | 6,225.11 | 0.00 | 0.00 |
| 006 | H&R ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | KEY FINANCIAL SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MEDICAL RECOVERY SPECIALISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MUTUAL MANAGEMENT SERVICES | 118.34 | 118.34 | 0.00 | 0.00 |
| 010 | ROCKFORD MERCANTILE AGENCY INC | 628.40 | 628.40 | 0.00 | 0.00 |
| 011 | SOUTH SUBURBAN CARDIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | TALK AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | WELLS FARGO FINANCIAL | 3,103.73 | 3,103.73 | 0.00 | 0.00 |
| 014 | WELLS FARGO FINANCIAL | 1,896.94 | 1,896.94 | 0.00 | 0.00 |
| 015 | MUTUAL MANAGEMENT SERVICES | 541.25 | 541.25 | 0.00 | 0.00 |
|  | Total Unsecured | 12,513.77 | 14,662.75 | 0.00 | 0.00 |
|  | Grand Total: | 56,185.05 | 30,662.75 | 9,690.20 | 1,404.02 |

Total Paid Claimant:     $11,094.22  
Trustee Allowance:       $790.78  
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>10/30/2008</u>        By  /s/Heather M. Fagan