Case 06-71679   Doc 45   Filed 11/04/08   Entered 11/04/08 08:13:51   Desc Main
                            Document      Page 1 of 1


# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ESCHELE C. LATCHISON  
5417 MIDVALE DRIVE #3  SSN-xxx-xx-3987  
ROCKFORD, IL  61108

Case Number: 06-71679

Case filed on: 9/14/2006  
Plan Confirmed on: 12/15/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,230.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 2,200.00 | 2,200.00 | 1,352.28 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 1,352.28 | 0.00 |
| 999 | ESCHELE C. LATCHISON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CREDIT ACCEPTANCE CORPORATION | 7,202.00 | 7,202.00 | 995.21 | 673.35 |
|  | Total Secured | 7,202.00 | 7,202.00 | 995.21 | 673.35 |
| 002 | AMERICAN CASH N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ASSET ACCEPTANCE CORP | 214.95 | 214.95 | 0.00 | 0.00 |
| 004 | SMC | 154.37 | 154.37 | 0.00 | 0.00 |
| 005 | CARLYLE AUTO SALES | 3,684.72 | 3,684.72 | 0.00 | 0.00 |
| 006 | CASH 2 GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CASH BOX LLC | 1,071.90 | 1,071.90 | 0.00 | 0.00 |
| 008 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | US DEPARTMENT OF EDUCATION | 7,716.70 | 7,716.70 | 0.00 | 0.00 |
| 010 | DIVERSIFIED RECEIVABLES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HARVARD COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MICHIGAN HEALTHCARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ERROR | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NICOR GAS COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | SWEDISH AMERICAN HOSPITAL | 281.53 | 281.53 | 0.00 | 0.00 |
| 017 | SWEDISH AMERICAN ER PHYSICIANS | 123.90 | 123.90 | 0.00 | 0.00 |
| 018 | US DEPARTMENT OF EDUCATION | 4,147.12 | 4,147.12 | 0.00 | 0.00 |
|  | Total Unsecured | 17,395.19 | 17,395.19 | 0.00 | 0.00 |
|  | Grand Total: | 26,797.19 | 26,797.19 | 2,347.49 | 673.35 |

Total Paid Claimant:       $3,020.84  
Trustee Allowance:         $209.16           Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:    0.00              discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/31/2008            By  /s/Heather M. Fagan